No. 24-1266

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| ARNOLD G. PHILLIPS, | ) | Appeal from the United States |
| | ) | District Court for the |
| Plaintiff-Appellant, | ) | Northern District of Illinois, |
| | ) | |
| v. | ) | |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| FINANCIAL AND PROFESSIONAL | ) | |
| REGULATION, DIVISION OF | ) | No. 23-cv-00490 |
| PROFESSIONAL REGULATION OF | ) | |
| THE ILLINOIS DEPARTMENT OF | ) | |
| FINANCIAL AND PROFESSIONAL | ) | |
| REGULATION, CECILIA ABUNDIS, | ) | |
| DAVID IGASAKI, LAURA FORESTER; | ) | |
| MARK THOMPSON, and PETER | ) | |
| HOFMANN, | ) | The Honorable |
| | ) | JOHN ROBERT BLAKEY, |
| Defendants-Appellees. | ) | Chief Judge Presiding. |

**DEFENDANTS-APPELLEES' MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

Defendants-Appellees the Illinois Department of Financial and Professional Regulation, the Division of Professional Regulation of the Illinois Department of Financial and Professional Regulation, Cecilia Abundis, David Igasaki, Laura Forester, Mark Thompson, and Peter Hofmann move this court for a 30-day extension of time, from August 30, 2024, to, September 29, 2024, to file their

response brief in this appeal. The attached declaration is submitted in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By: <u>/s/ Megan L. Brown</u>
MEGAN L. BROWN
Assistant Attorney General
115 South LaSalle
Chicago, Illinois 60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov

# DECLARATION

I, Megan L. Brown, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and I have been assigned to represent the Defendants-Appellees before this court in the appeal docketed as *Phillips v. Abundis*, No. 24-1266.

3. The Defendants' response brief is due by August 30, 2024, on three extensions of time. This is the Defendants' fourth request for an extension of time to file this brief. Defendants' first request for an extension of time was filed May 22, 2024, Doc. 6, and was granted the next day, Doc. 7. Defendants' second request for an extension of time was filed June 24, 2024, Doc. 11, and was granted the same day, Doc. 12. Defendants' third motion for extension of time was filed July 24, 2024, Doc. 13, and it was granted on July 25, 2024, Doc. 14.

4. This motion is being filed at least seven days before the response brief's due date, as required by 7th Cir. R. 26.

5. I will be unable to finish drafting the response brief in this appeal, have it reviewed through the regular review process of the Civil Appeals Division, finalize it, and file it with this court by August 30, 2024, for the following reasons.

6. On August 23, 2024, I am scheduled to file a response brief on behalf of Intervenor-Appellee Attorney General Kwame Y. Raoul in the Supreme Court of Illinois in *Martin v. Goodrich Corp.*, No. 130509. This case involves a certified question from the Seventh Circuit Court of Appeals regarding the constitutionality of a workers' compensation law, which may affect the rights of many Illinois workers with occupational diseases. I am giving this brief priority in my work schedule because two extensions of time have already been granted, and I have made significant progress on the brief.

7. I do not request this extension of time from August 30, 2024, to September 29, 2024, to file the response brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on August 16, 2024.

/s/ Megan L. Brown
MEGAN L. BROWN
Assistant Attorney General
115 South LaSalle
Chicago, Illinois 60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I certify that on August 16, 2024, I electronically filed the foregoing Defendants-Appellees' Motion for Extension of Time to File Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

The other participant in this appeal, named below, is not a CM/ECF user, and thus was served by placing a copy in an envelope bearing proper prepaid postage and directed to the address indicated below, and depositing the envelope in a box designated for the United States mail at 115 South LaSalle Street, Chicago, Illinois 60603, before 5:00 PM on August 16, 2024.

>   Arnold G. Phillips
>   1420 Madison Drive
>   Buffalo Grove, IL 60089

>   /s/ Megan L. Brown
>   MEGAN L. BROWN
>   Assistant Attorney General
>   115 South LaSalle
>   Chicago, Illinois 60603
>   (224) 204-9642 (office)
>   (312) 415-6318 (cell)
>   Megan.Brown@ilag.gov